EXHIBIT B-2

GOLDMAN ANTONETTI & CORDOVA, LLC POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364    089408

RITA (RED DE INTERPRETES Y TRADUCTORES)

| 08/31/15 | SERVICES INTERPRETING DURING DEPO OF MARISOL MICHEO ACEVEDO | 8837-0081 | 500.00 | 500.00 |

| 10/16/15 | 89408 | Gross: | 651.00 | Ded: | 0.00 | Net: | 651.00 |

THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER

### GOLDMAN ANTONETTI & CORDOVA, LLC
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO    089408

101-280
215

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
| 10/16/15 | 89408 | ****$651.00 |

*** SIX HUNDRED FIFTY-ONE & 00/100 DOLLARS

TO THE ORDER OF
RITA (RED DE INTERPRETES Y TRADUCTORES) ASOCIADOS)
APARTADO 9023853
SAN JUAN  PR  00902-3853

AUTHORIZED SIGNATURE    MP

⑈089408⑈ ⑈021502804⑈ 071⑈0005568151⑈

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK

GOLDMAN ANTONETTI & CORDOVA, LLC POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364    089408

# GOLDMAN ANTONETTI & CÓRDOVA, LLC



POSTED
8/31/2015


RECEIVED
AUG 3 1 2015
ACCOUNT PAYABLE

## GENERAL DISBURSEMENT VOUCHER

Date ___ August 27, 2015 ___

Office _____
Client No. ___8837-0081___

Check payable to: ___RITA – RED DE INTÉRPRETES, TRADUCTORES & ASOCIADOS___

Concept: _Factura 768-2015 re servicios profesionales de intérprete en deposición de Marisol Micheo Acevedo, el 25/agosto/2015._

Net Check Amount: $500.00

Requested by: ___Javier G. Vázquez Segarra___

Approved by:

_____
Luis F. Antonetti

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera López

| For Accounting Use Only: | |
| --- | --- |
| Account No. | Amount |
| 8060·300 | $500.00 |
| Check No. | Check Date |
| Processed by: _____ | |
| 6169-0000 | |
| Vendor No. | T-Code |
| Account No. | Amount |
| Account No. | Amount |
| Account No. | Amount |

ENTREGAR CHEQUE A: _____

ENVIAR CHEQUE POR CORREO: ___X___

# RITA 

**Red de Intérpretes, Traductores & Asociados**
**Ave. Winston Churchill 138**
**PMB 628**
**San Juan, PR 00926-6013**
**(787)969-6676 & (787)633-4057**
**www.ritapr.com**

EIN: 66-0818961
No. 768-2015

25 de agosto de 2015

| | |
|---|---|
| Atención: | Vilma Castro de Armas |
| | Asistente - Lic. Javier G. Vázquez Segarra |
| | GOLDMAN ANTONETTI & CÓRDOVA, LLC |
| | American International Plaza |
| | Suite 1400 |
| | 250 Muñoz Rivera Avenue |
| | San Juan, Puerto Rico 00918 |
| | T. 787-759-8000, Ext. 3748 |
| | vilma.castro@gaclaw.com |
| Abogado: | Lic. Javier G. Vázquez-Segarra. |
| Re: | Servicios profesionales de intérprete para deposición. |
| Caso: | Marisol Micheo Acevedo v. Stericycle of Puerto Rico, Inc. |
| Intérprete: | Melissa Rexach |

## FACTURA

| FECHA | TARIFA | HORAS | COSTO |
|---|---|---|---|
| 8/25/15 | $100./hora | 9:00 am – 3:00 pm (5/horas) | $500.00 |
| **TOTAL:** | | | **$500.00** |

Gracias por darme la oportunidad de servirle, ha sido un placer. Estoy a su disposición. Si tiene cualquier pregunta o duda puede comunicarse conmigo a los teléfonos o dirección del epígrafe.

Atentamente,

Juan E. Segarra

\*\*Todo trabajo realizado se facturara directamente al Cliente quien vendrá obligado a satisfacer el pago de honorarios no más tarde de 30 días. El pago por los servicios no es contingente al pago de los servicios por particulares distinos del cliente, quien será responsable del pago independientemente de cualquier arreglo o acuerdo con terceras personas.

\*\*Todo cliente que emita su pago en menos de 10 días recibirá un descuento de 5% del costo total de la factura. Todo pago hecho después de 30 días tendrá un cargo adicional del 5% del total de la factura. Pagos efectuados pasados los 90 días tendrán un cargo del 10% del total de la factura. Facturas pendientes de pago en exceso de 120 días están sujetas a reclamación judicial.

RITA (RED DE INTERPRETES Y TRADUCTORES)
09/08/15

| 09/21/15 | DEPOSICION TOMADA A MARISOL MICHEO/GAC8837-0081/NO.8348-2015 | 768-2015 | 800.00 | 800.00 |

10/21/15

11/18/15

12/23/15

| 12/23/15 | Gross: | 2,142.08 | Ded: | 0.00 | Net: | 2,142.08 |

---

THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER



**GOLDMAN ANTONETTI & CORDOVA, LLC**
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO

101-280
215

089677

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
| 12/23/15 | 89677 | **$2,142.08 |

*Pay*

*** TWO THOUSAND ONE HUNDRED FORTY-TWO & 08/100 DOLLARS

TO THE ORDER OF
RITA (RED DE INTERPRETES Y TRADUCTORES ASOCIADOS)
APARTADO 9023853
SAN JUAN  PR  00902-3853

AUTHORIZED SIGNATURE                    MP

⑆089677⑆ ⑈021502804⑈ 071⑇0005568 15⑈

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK



**GAC**

GOLDMAN ANTONETTI & CÓRDOVA, LLC
ATTORNEYS AT LAW



POSTED
9/21/2015

# General Disbursement Voucher

Date: 15/sept./2015

Charge to: [ ] Office: _____

[X] Client No. _____ 8837-0081
**Marisol Micheo v. Stericycle**

Check payable to: Red de Intérpretes, Traductores y Asociados (RITA)

Concept: Servicio de interprete en deposición tomada a Marisol Micheo los días
25 de agosto de 2015 ($500.00) y 10 de septiembre de 2015 ($300.00)

Net Check Amount $ 800.00

Requested by: LOA

Approved by: LFA

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera

| For Accounting Use Only: | |
|---|---|
| Account No. | Amount |
| 8020.300 | $800.00 |
| Check No. | Check Date |
| Processed by: _____ | |
| 6169.0000 | |
| Vendor No. | T-Code |
| Account No. | Amount |
| Account No. | Amount |
| Account No. | Amount |

- - - - - - - - - - - - - - - - - -
**ENTREGAR CHEQUE A:** _____

**ENVIAR CHEQUE POR CORREO:** [ ]
- - - - - - - - - - - - - - - - - -

# RITA 

**Red de Intérpretes, Traductores & Asociados**
**Ave. Winston Churchill 138**
**PMB 628**
**San Juan, PR 00926-6013**
**(787)969-6676 & (787)633-4057**
**www.ritapr.com**

EIN: 66-0818961
No. 768-2015

25 de agosto de 2015

Atención:     Vilma Castro de Armas
              Asistente - Lic. Javier G. Vázquez Segarra
              GOLDMAN ANTONETTI & CÓRDOVA, LLC
              American International Plaza
              Suite 1400
              250 Muñoz Rivera Avenue
              San Juan, Puerto Rico 00918
              T. 787-759-8000, Ext. 3748
              vilma.castro@gaclaw.com

Abogado:      Lic. Javier G. Vázquez-Segarra.

Re:           Servicios profesionales de intérprete para deposición.

Caso:         Marisol Micheo Acevedo v. Stericycle of Puerto Rico, Inc.

Intérprete:   Melissa Rexach

## FACTURA

| FECHA | TARIFA | HORAS | COSTO |
|-------|--------|-------|-------|
| 8/25/15 | $100./hora | 9:00 am – 3:00 pm (5/horas) | $500.00 |
| **TOTAL:** | | | **$500.00** |

Gracias por darme la oportunidad de servirle, ha sido un placer. Estoy a su disposición. Si tiene cualquier pregunta o duda puede comunicarse conmigo a los teléfonos o dirección del epígrafe.

Atentamente,

Juan E. Segarra

\*\*Todo trabajo realizado se facturara directamente al Cliente quien vendrá obligado a satisfacer el pago de honorarios no más tarde de 30 días. El pago por los servicios no es contingente al pago de los servicios por particulares distintos del cliente, quien será responsable del pago independientemente de cualquier arreglo o acuerdo con terceras personas.

\*\*Todo cliente que emita su pago en menos de 10 días recibirá un descuento de 5% del costo total de la factura. Todo pago hecho después de 30 días tendrá un cargo adicional del 5% del total de la factura. Pagos efectuados pasados los 90 días tendrán un cargo del 10% del total de la factura. Facturas pendientes de pago en exceso de 120 días están sujetas a reclamación judicial.

# RITA 

**Red de Intérpretes, Traductores & Asociados**
Ave. Winston Churchill 138
PMB 628
San Juan, PR 00926-6013
(787)969-6676 & (787)633-4057
www.ritapr.com

EIN: 66-0818961

10 de septiembre de 2015      No. 838-2015

Atención:      Vilma Castro de Armas
Asistente - Lic. Javier G. Vázquez Segarra
GOLDMAN ANTONETTI & CÓRDOVA, LLC
American International Plaza
Suite 1400
250 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
T. 787-759-8000, Ext. 3748
vilma.castro@gaclaw.com

Abogado:      Lic. Javier G. Vázquez-Segarra.

Re:      Servicios profesionales de intérprete para deposición.

Caso:      Marisol Micheo Acevedo v. Stericycle of Puerto Rico, Inc.

Intérprete:      Melissa Rexach

## FACTURA

| FECHA | TARIFA | HORAS | COSTO |
|---|---|---|---|
| 9/10/15 | $100./hora | 9:30 am – 1:35 pm (3/horas) | $300.00 |
| **TOTAL:** | | | **$300.00** |

Gracias por darme la oportunidad de servirle, ha sido un placer. Estoy a su disposición. Si tiene cualquier pregunta o duda puede comunicarse conmigo a los teléfonos o dirección del epígrafe.

Atentamente,

Juan E. Segarra

\*\*Todo trabajo realizado se facturará directamente al Cliente quien vendrá obligado a satisfacer el pago de honorarios no más tarde de 30 días. El pago por los servicios no es contingente al pago de los servicios por particulares distintos del cliente, quien será responsable del pago independientemente de cualquier arreglo o acuerdo con terceras personas.

\*\*Todo cliente que emita su pago en menos de 10 días recibirá un descuento de 5% del costo total de la factura. Todo pago hecho después de 30 días tendrá un cargo adicional del 5% del total de la factura. Pagos efectuados pasados los 90 días tendrán un cargo del 10% del total de la factura. Facturas pendientes de pago en exceso de 120 días están sujetas a reclamación judicial.

BONARD INTERNATIONAL CORPORATION
10/21/15

| 11/18/15 | TOMA Y TRANSCRIPCION DEPOSICION/GAC8837-0081 | | | 921.00 | | 921.00 |

| 01/22/16 | 89774 | Gross: | 3,415.84 | Ded: | 0.00 | Net: | 3,415.84 |

---

GOLDMAN ANTONETTI & CORDOVA, LLC
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO

101-280
215

089774

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
| 01/22/16 | 89774 | **$3,415.84 |

PAY  *** THREE THOUSAND FOUR HUNDRED FIFTEEN & 84/100 DOLLARS

TO THE
ORDER
OF

BONARD INTERNATIONAL CORPORATION
URBANIZACION FAIR VIEW
B-13 CALLE 1
SAN JUAN, PR 00926

AUTHORIZED SIGNATURE

MP

⑈089774⑈ ⑈021502804⑈ 071⑈000555815⑈

THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK

---



GOLDMAN ANTONETTI & CÓRDOVA, LLC
ATTORNEYS AT LAW



POSTED
11/18/2015

# General Disbursement Voucher

Date: __11/noviembre/2015__

Charge to: ☐ Office: _____

☒ Client No. __8837-0081__

**Marisol Micheo v. Stericycle**

Check payable to: __Bonard International Corp.__

Concept: __Toma y transcripción de deposición los días:__

__1) 25 de agosto de 2015; y 2) 10 de septiembre de 2015__

Net Check Amount $ __921.00__

Requested by: __LOA__

Approved by: __LFA__

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera

┌─────────────────────────────────────┐
| **For Accounting Use Only:** |
| |
| Account No.          Amount |
| _8080·300_          _$921·00_ |
| |
| Check No.          Check Date |
| Processed by: _____ |
| _381·0000_          _2D3_ |
| Vendor No.          T-Code |
| |
| Account No.          Amount |
| |
| Account No.          Amount |
| |
| Account No.          Amount |
└─────────────────────────────────────┘

┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
| **ENTREGAR CHEQUE A:** _____ |
| |
| **ENVIAR CHEQUE POR CORREO:** ☐ |
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘

S:\FORMAS\GENERAL DISBURSEMENT VOUCHER.doc



# BONARD INTERNATIONAL CORP.

URB. FAIR VIEW
B-13 CALLE1
SAN JUAN, PR 00926
787-755-5349 / bonard@prw.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/20/2015 | 15-4273 |

| Bill To |
|---------|
| Bufete Goldman, Antonetti & Cordova American International Plaza, Fourt 250 Munoz Rivera Ave., Hato Rey, Puerto R 787-759-4109 |

| Case Number |
|-------------|
| 15-1097 |

**Plaintiff**

Marisol Micheo

**Defendant**

Stericycle of P.R.

| Terms |
|-------|
| Due on receipt |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| All Day | August 25, 2015 | | 150.00 | 150.00 |
| With Interpreterr | Marisol Micheo | 72 | 5.25 | 378.00 |
| Condensed Pages | | 18 | 0.25 | 4.50 |
| All Day | September 10, 2015 | | 150.00 | 150.00 |
| With Interpreterr | Marisol Micheo | 43 | 5.25 | 225.75 |
| Condensed Pages | | 11 | 0.25 | 2.75 |
| Handling and Delivery | | | 10.00 | 10.00 |

We appreciate your prompt payment.

| **Total** | | $921.00 |
|-----------|--|---------|

| MEMO | Please pay promptly. A $35.00 fee will be charge for any outstanding balance monthly. Please read our Terms and Conditions at the back of the invoice. |
|------|-----------------------------------------------------------------------------------------------------------------------------------|

**BONARD**
Deposiciones · Juicios · Asambleas

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

090229

RITA (RED DE INTERPRETES Y TRADUCTORES

| 02/17/16 | SERVICIO DE INTERPRETE TOMA DE DEPOSICION/GAC8837-0081 | 109 | 1,404.00 | 1,404.00 |

| 05/20/16 | 90229 | | Gross: | 2,272.92 | Ded: | 0.00 | Net: | 2,272.92 |

THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER



**GOLDMAN ANTONETTI & CORDOVA, LLC**
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO

$\frac{101\text{-}280}{215}$

090229

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
| 05/20/16 | 90229 | **$2,272.92 |

**P**AY    *** TWO THOUSAND TWO HUNDRED SEVENTY-TWO & 92/100 DOLLARS

TO THE
ORDER
OF

RITA (RED DE INTERPRETES Y TRADUCTORES
ASOCIADOS)
138 AVE. WISTON CHURCHILL PMB 628
SAN JUAN  PR

Acct: 00926-6013

_____

_____
AUTHORIZED SIGNATURE                    MP

⑈090229⑈ ⑆021502804⑆ 071⑈0005556815⑈

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK.

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

090229



# GAC

### GOLDMAN ANTONETTI & CÓRDOVA, LLC
ATTORNEYS AT LAW



POSTED
2/17/2016

## General Disbursement Voucher

Date: 4/febrero/2016

Charge to: [ ] Office: _____

[ x ] Client No. 8837-0081

Check payable to: RITA

Concept: Servicio de interprete para toma de deposición los días 2 y 3 de febrero de 2016.

Net Check Amount $ 1,404.00

Requested by: LOA

Approved by: LFA

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera

**For Accounting Use Only:**

| Account No. | Amount |
|---|---|
| 8080·300 | $1,350.00 |
| 9014·300 | $54·00 |
| Check No. | Check Date |

Processed by: _____

| Vendor No. | T-Code |
|---|---|

| Account No. | Amount |
|---|---|

| Account No. | Amount |
|---|---|

| Account No. | Amount |
|---|---|

ENTREGAR CHEQUE A: _____

ENVIAR CHEQUE POR CORREO: [ ]

S:\FORMAS\GENERAL DISBURSEMENT VOUCHER.doc



# INVOICE

**RITA**
Ave. Winston Churchill 138
PMB 628
San Juan, 00926-6013
Puerto Rico

BILL TO
**Goldman Antonetti & Córdova, LLC**
Annuchka Ramos
American International Plaza Suite 1400
250 Muñoz Rivera Avenue
San Juan, 00918
Puerto Rico

aramos@gaclaw.com

**Invoice Number:** 109
**Invoice Date:** February 3, 2016
**Payment Due:** March 3, 2016
**Amount Due (USD):** **$1,404.00**

| Product | Qty | Price | Amount |
|---|---|---|---|
| **Interpretación**<br>Caso: Marisol Micheo Acevedo v. Stericycle of Puerto Rico, Inc.<br>US District Court No. 15-CV-1097<br><br>Intérpretes: Melissa Rexach & Carmen Menéndez<br><br>Fecha: 2/02/16<br>Hora: 9:00 am - 4:30 pm (6.5/horas)<br><br>Fecha: 2/03/16<br>Hora: 9:30 am - 5:15 pm (7/horas) | 13.5 | $100.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal:** | $1,350.00 |
| IVU 4.0000%: | $54.00 |
| **Total:** | $1,404.00 |
| **Amount Due (USD):** | **$1,404.00** |

BONARD INTERNATIONAL CORPORATION

| 09/23/16 | 90643 | | Gross: | 5,161.57 | Ded: | 0.00 | Net: | 5,161.57 |



THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER

 **G A C &**  **GOLDMAN ANTONETTI & CORDOVA, LLC**
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO

101-280
215

090643

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
| 09/23/16 | | **$5,161.57 |

$\mathscr{P}_{AY}$   *** FIVE THOUSAND ONE HUNDRED SIXTY-ONE & 57/100 DOLLARS

TO THE
ORDER
OF

BONARD INTERNATIONAL CORPORATION
URBANIZACION FAIR VIEW
B-13 CALLE 1
SAN JUAN, PR  00926

AUTHORIZED SIGNATURE                MP

⑈090643⑈ ⑆021502804⑆ 071⑈000556815⑈

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK

GOLDMAN ANTONETTI & CORDOVA, LLC POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

090642

BONARD INTERNATIONAL CORPORATION

| 03/03/16 | TOMA Y TRANSCRIPCION DE DEPOSICIONES/GAC8837-0081 | 16-4411 | 2,516.28 | 2,516.28 |

\* cont.\*



GOLDMAN ANTONETTI & CORDOVA, LLC POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

090642



GAC

GOLDMAN ANTONETTI & CÓRDOVA, LLC
ATTORNEYS AT LAW



POSTED
3/03/2016

# General Disbursement Voucher

Date: 10/febrero/2016

Charge to: [ ] Office: _____

[X] Client No. 8837-0081

Check payable to: Bonard International Corp.

Concept: Toma y transcripción de deposiciones tomadas a la Sra. Marisol Micheo los días: 2 y 3 de febrero de 2016

Net Check Amount $ 2,516.28

Requested by: LOA _____

Approved by: LFA _____

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera

**For Accounting Use Only:**

| Account No. | Amount |
|-------------|--------|
| 8080·300 | $2419.50 |
| 9014·D00 | $96.78 |

Check No. _____   Check Date _____

Processed by: _____

381·0000

Vendor No. _____   T-Code _____

| Account No. | Amount |
|-------------|--------|
| _____ | _____ |

| Account No. | Amount |
|-------------|--------|
| _____ | _____ |

| Account No. | Amount |
|-------------|--------|
| _____ | _____ |

- - - - - - - - - - - - - - - - - - - - - - - -
ENTREGAR CHEQUE A: _____

ENVIAR CHEQUE POR CORREO: [ ]
- - - - - - - - - - - - - - - - - - - - - - - -

S:\FORMAS\GENERAL DISBURSEMENT VOUCHER.doc



# BONARD INTERNATIONAL CORP.

URB. FAIR VIEW
B-13 CALLE1
SAN JUAN, PR 00926
787-755-5349 / bonard@prw.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2016 | 16-4411 |

| Bill To |
|---------|
| Bufete Goldman, Antonetti & Cordova<br>American International Plaza, Fourt<br>250 Munoz Rivera Ave., Hato Rey, Puerto R<br>787-759-4109 |

| Case Number |
|-------------|
| 15-1097 |

| Plaintiff | |
|-----------|--|
| | Marisol Micheo |
| Defendant | |
| | Stericycle of P.R. |

| Terms |
|-------|
| Due on receipt |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| All Day | February 2, 2016 | | 150.00 | 150.00 |
| With Interpreterr | Marisol Micheo | 148 | 7.25 | 1,073.00 |
| Condensed Pages | | 37 | 0.25 | 9.25 |
| Exhibits | 19   Pages | 19 | 0.25 | 4.75 |
| Scan | 19   pages | 19 | 0.50 | 9.50 |
| All Day | February 3, 2016 | | 150.00 | 150.00 |
| Extra Time | After 5:00 p.m. | | 25.00 | 25.00 |
| With Interpreterr | Marisol Micheo | 131 | 7.25 | 949.75 |
| Condensed Pages | | 33 | 0.25 | 8.25 |
| Exhibits | Pages | 40 | 0.25 | 10.00 |
| Scan | pages | 40 | 0.50 | 20.00 |
| Handling and Delivery | | | 10.00 | 10.00 |
| B2B 4% Service | 4% Service 2 Service | | 96.78 | 96.78 |

We appreciate your prompt payment.

**Total**          $2,516.28

| MEMO | Please pay promptly. A $35.00 fee will be charge for any outstanding balance monthly. Please read our Terms and Conditions at the back of the invoice. |
|------|---|

# BONARD
Deposiciones · Juicios · Asambleas

Bonard International Corp. 787-755-5349

BOÑARD INTERNATIONAL CORPORATION
03/24/16   PAGO 50% TRANSCRIPCION
"EXPEDITED" DEPO. OSVALDO
SANTANA                          14-123-B           194.25              194.25


03/24/16      90026           Gross:      194.25   Ded:      0.00  Net:      194.25

---

THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER

## G&AC   GOLDMAN ANTONETTI & CORDOVA, LLC

SCOTIABANK DE PUERTO RICO

090026

POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

$\frac{101-280}{215}$

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
|---|---|---|
| 03/24/16 | 90026 | ****$194.25 |

*Pay*

*** ONE HUNDRED NINETY-FOUR & 25/100 DOLLARS

TO THE
ORDER
OF
BONARD INTERNATIONAL CORPORATION
URBANIZACION FAIR VIEW
B-13 CALLE 1
SAN JUAN, PR 00926



AUTHORIZED SIGNATURE

MP

⑈090026⑈ ⑆021502804⑆ 071⑈0005568 15⑈

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK

---



GAC

GOLDMAN ANTONETTI & CÓRDOVA, LLC
ATTORNEYS AT LAW



POSTED
3/24/2016

# General Disbursement Voucher

Date: 24/marzo/2016

Charge to: ☐ Office: _____

☒ Client No. 8837-0081 _____

Check payable to: Bonard International Corp.

Concept: Pago 50% depósito transcripción "expedited" deposición Osvaldo Santana.

Net Check Amount $ 194.25

Requested by: _B para LOA_

Approved by: _____ HPE

Carlos A. Rodríguez Vidal

Myrna Rivera

---

ENTREGAR CHEQUE A: _____

ENVIAR CHEQUE POR CORREO: ☐

---

### For Accounting Use Only:

| Account No. | Amount |
|---|---|
| 8D30·300 | $194·25 |

| Check No. | Check Date |
|---|---|

Processed by: _____

| 381·0000 | |
| Vendor No. | T-Code |

| Account No. | Amount |
|---|---|

| Account No. | Amount |
|---|---|

| Account No. | Amount |
|---|---|

BONARD INTERNATIONAL CORP.

URB. FAIR VIEW
B-13 CALLE1
SAN JUAN, PR 00926
787-755-5349 / bonard@prw.net

# Estimate

| Date | Estimate # |
|------|-----------|
| 3/17/2016 | 14-123-B |

| Name / Address |
|---|
| Bufete Goldman, Antonetti & Cordova<br>American International Plaza, Fourt<br>250 Munoz Rivera Ave., Hato Rey, Puerto R<br>787-759-4109 |

| Caso | Terms | Fecha |
|------|-------|-------|
| 15-1097 | Due on receipt | 3/17/2016 |

| Item | Description | Qty | Cost | Total |
|------|-------------|-----|------|-------|
| Next day | Osvaldo Santana | 145 | 2.50 | 362.50 |
| Scan | 52  pages- Exhibits | 52 | 0.50 | 26.00 |
| Note | The estimate of the excess option is based on a regular rate of 5-8 working days. This is an estimate, therefore the number of pages could vary. Other costs like extra copies, condensed, indexing, etc. are not included in the estimate. An hour of audio produces 60 pages aprox. A deposit of 50% has to be made in order to start transcript. Once the transcript is finish the final remaining has to be paid at delivery. Days start counting upon the receive of deposit. | | 0.00 | 0.00 |

Please make payment payable to Bonard International Corp. Any withholding to S.S. 66-0659548

**Total**  $388.50

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

090032

BONARD INTERNATIONAL CORPORATION

| Date | Description | Invoice | Amount | Total |
|---|---|---|---|---|
| 03/29/16 | PAGO BAL. ADEUDADO TRANS. "EXPEDITED" DEPO. OSVALDO SANTANA | 16-4464 | 214.99 | 214.99 |

| Date | Check No. | Gross | Ded | Net |
|---|---|---|---|---|
| 03/29/16 | 90032 | Gross: 214.99 | Ded: 0.00 | Net: 214.99 |

---

THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER



**GOLDMAN ANTONETTI & CORDOVA, LLC**
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO

101-280
215

090032

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
|---|---|---|
| 03/29/16 | 90032 | ****$214.99 |

 *Pay*

*** TWO HUNDRED FOURTEEN & 99/100 DOLLARS

TO THE ORDER OF

BONARD INTERNATIONAL CORPORATION
URBANIZACION FAIR VIEW
B-13 CALLE 1
SAN JUAN, PR 00926

AUTHORIZED SIGNATURE

MP

⑈090032⑈ ⑈021502804⑈ 071⑈0005568015⑈

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK

---

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

090032



**GAC**

GOLDMAN ANTONETTI & CÓRDOVA, LLC
ATTORNEYS AT LAW



POSTED
3/29/2016

## General Disbursement Voucher

Date:   29/marzo/2016

Charge to:  [ ]  Office: _____

[ X ]  Client No.   8837-0081

Check payable to:   Bonard International Corp.

Concept:   Pago balance adeudado transcripción "expedited" deposición Osvaldo
Santana.

Net Check Amount $   214.99

Requested by: _____

Approved by: _____
                                    HPE

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera

### For Accounting Use Only:

| Account No. | Amount |
|---|---|
| 8080·300 | $214.99 |

| Check No. | Check Date |
|---|---|

Processed by: _____

| Vendor No. | T-Code |
|---|---|
| 881·0000 | |

| Account No. | Amount |
|---|---|

| Account No. | Amount |
|---|---|

| Account No. | Amount |
|---|---|

┌─────────────────────────────┐
ENTREGAR CHEQUE A: _____

ENVIAR CHEQUE POR CORREO: [ ]
└─────────────────────────────┘

S:\FORMAS\GENERAL DISBURSEMENT VOUCHER.doc

BONARD INTERNATIONAL CORP.

URB. FAIR VIEW
B-13 CALLE1
SAN JUAN, PR 00926
787-755-5349 / bonard@prw.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/29/2016 | 16-4464 |

| Bill To |
|---------|
| Bufete Goldman, Antonetti & Cordova<br>American International Plaza, Fourth<br>250 Munoz Rivera Ave., Hato Rey, Puerto R<br>787-759-4109 |

| Plaintiff | Defendant | Terms | Case Number |
|-----------|-----------|-------|-------------|
| Marisol Micheo Ac... | Stericycle of PR | Due on receipt | 15-1097 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Next day | Osvaldo Santana | 147 | 2.50 | 367.50 |
| Scan | 52  pages- Exhibits | 52 | 0.50 | 26.00 |
| B2B 4% Service | 4% Service 2 Service | | 15.74 | 15.74 |

Please make payment payable to Bonard International Corp. Any withholding to S.S.
66-0659548

| Total | $409.24 |
|-------|---------|
| **Balance Due** | $214.99 |

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

DR. LUIS A. DIAZ ROSADO
03/30/16    PAGO MILLAJE COMPARECENCIA
            DE PERITO A DEPOSICION          3/30/2016          50.00              50.00

03/30/16        90033           Gross:        50.00  Ded:       0.00  Net:        50.00

THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER.

**GOLDMAN ANTONETTI & CORDOVA, LLC**
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO

101-280
215

090033

CHECK DATE        CHECK NO.        CHECK AMOUNT
03/30/16          90033           *****$50.00

PAY         *** FIFTY & 00/100 DOLLARS

TO THE ORDER OF
DR. LUIS A. DIAZ ROSADO
MINDS MENTAL & BEHAVIORAL CENTER
CORPORATE OFFICE PARK, 36
CARR. 20, SUITE 301
GUAYNABO  PR  00966

_____
AUTHORIZED SIGNATURE                          MP

⑆090033⑆ ⑆021502804⑆ 071⑆0005568615⑆

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK.

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364





**GAC**

GOLDMAN ANTONETTI & CÓRDOVA, LLC
ATTORNEYS AT LAW

## General Disbursement Voucher

Date: 30/marzo/2016

Charge to: [ ] Office: _____

[X] Client No. 8837-0081

Check payable to: Dr. Luis A. Diaz Rosado

Concept: Pago millaje comparecencia de perito a deposición

_____

_____

Net Check Amount $ 50.00

Requested by: LOA

Approved by: _____

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera

**For Accounting Use Only:**

| Account No. | Amount |
|---|---|
| 8080 · 300 | $50 · 00 |

Check No.        Check Date

Processed by: _____

| Vendor No. | T-Code |
|---|---|
| 400 · 0000 | |

| Account No. | Amount |
|---|---|
| | |

| Account No. | Amount |
|---|---|
| | |

| Account No. | Amount |
|---|---|
| | |

┌─────────────────────────────┐
│ ENTREGAR CHEQUE A: _____ │
│                               │
│ ENVIAR CHEQUE POR CORREO: [ ] │
└─────────────────────────────┘

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| Marisol Micheo Acevedo | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   15-CV-1097 (JAG) |
| Stericycle of Puerto Rico, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:
Dr. Luis A. Diaz Rosado, MINDS Mental & Behavioral Center, PSC
Corporate Office Park, 36 Carr. 20 Suite 301, Guaynabo, Puerto Rico 00966

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:  Goldman Antonetti & Cordova, LLC  American Int'l Plaza, 250 Muñoz Rivera Ave., 14th Fl.  San Juan, Puerto Rico 00918 | Date and Time:  04/28/2016 9:30 am |
|---|---|

The deposition will be recorded by this method:   stenographically

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The entire medical and/or clinical records for your treatment of Marisol Micheo Acevedo to date.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   March 30, 2016

| CLERK OF COURT | OR | *Brian J. Gold* |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Stericycle of Puerto Rico, Inc.
, who issues or requests this subpoena, are:

Brian J. Gold, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603; bgold@sidley.com; (312) 853-2064

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

BONARD INTERNATIONAL CORPORATION

| 05/24/16 | TRANSCRIPCIONES CERTIFICADAS | | | |
|---|---|---|---|---|
| | DEPOSICIONES /GAC8837-0081 | 16-4519 | 443.22 | 443.22 |
| 05/24/16 | 7% TAX WITHHELD | 16-4519RET | -31.03 | -31.03 |

| 05/24/16 | 90233 | Gross: | 412.19 | Ded: | 0.00 | Net: | 412.19 |
|---|---|---|---|---|---|---|---|



THIS CHECK CONTAINS A VOID FEATURE, MICROPRINTING ON SIGNATURE LINE AND PANTOGRAPH BLEED THRU NUMBER

**GOLDMAN ANTONETTI & CORDOVA, LLC**
POST OFFICE BOX 70364
SAN JUAN, PUERTO RICO 00936-8364

SCOTIABANK DE PUERTO RICO

101-280
215

090233

| CHECK DATE | CHECK NO. | CHECK AMOUNT |
|---|---|---|
| 05/24/16 | | ****$412.19 |

*Pay*   *** FOUR HUNDRED TWELVE & 19/100 DOLLARS

TO THE ORDER OF  BONARD INTERNATIONAL CORPORATION
URBANIZACION FAIR VIEW
B-13 CALLE 1
SAN JUAN, PR  00926

AUTHORIZED SIGNATURE

⑈090233⑈ ⑆021502804⑆ 071⑈000556815⑈

THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK

GOLDMAN ANTONETTI & CORDOVA, LLC  POST OFFICE BOX 70364 · SAN JUAN, PUERTO RICO 00936-8364

090233



**GOLDMAN ANTONETTI & CÓRDOVA, LLC**
ATTORNEYS AT LAW

# General Disbursement Voucher

Date: May 24, 2016

Charge to: [ ] Office: _____

[X] Client No. 8837-0081
**(Stericycle, Inc – Marisol Micheo Acevedo)**

Check payable to: Bonard International Corp.

Concept: Factura –Transcripciones Certificadas de Deposiciones a Jorge A. Rodríguez, Mónica Bloomfield y Merimar Estrella con Exhibits

Net Check Amount $ 443.22

Requested by: LOA

Approved by: LFA

_____
Carlos A. Rodríguez Vidal

_____
Myrna Rivera

| For Accounting Use Only: | |
|---|---|
| Account No. | Amount |
| 8080.300 | $443.22 |
| 3460.000 | ($31.03) |
| Check No. | Check Date |
| Processed by: | |
| Vendor No. 381.0000 | T-Code |
| Account No. | Amount |
| Account No. | Amount |
| Account No. | Amount |

ENTREGAR CHEQUE A: _____

ENVIAR CHEQUE POR CORREO: [ ]

s:\ADMIN\GENERAL DISBURSEMENT VOUCHER.doc

# BONARD INTERNATIONAL CORP.

URB. FAIR VIEW
B-13 CALLE1
SAN JUAN, PR 00926
787-755-5349 / bonard@prw.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/24/2016 | 16-4519 |

| Bill To |
|---------|
| Bufete Goldman, Antonetti & Cordova American International Plaza, Fourt 250 Munoz Rivera Ave., Hato Rey, Puerto R 787-759-4109 |

| Case Number |
|-------------|
| 15-1097 |

| | |
|--|--|
| Plaintiff | Marisol Micheo |
| Defendant | Stericycle of P.R. |

| Terms |
|-------|
| Due on receipt |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| With Interpreterr | Jorge A. Rodriguez | 143 | 1.00 | 143.00 |
| Condensed Pages | | 0 | 0.25 | 0.00 |
| Exhibits | 19  Pages | 19 | 0.25 | 4.75 |
| Scan | 19  pages | 19 | 0.50 | 9.50 |
| With Interpreterr | Monica Bloomfield | 158 | 1.00 | 158.00 |
| Condensed Pages | | 33 | 0.25 | 8.25 |
| Exhibits | Pages | 68 | 0.25 | 17.00 |
| Scan | pages | 68 | 0.50 | 34.00 |
| Deposition  W Interpreter | Merimar Estrella | 41 | 1.00 | 41.00 |
| Exhibits | Pages | 3 | 0.25 | 0.75 |
| Scan | pages | 3 | 0.50 | 1.50 |
| Handling and Delivery | | | 10.00 | 10.00 |
| B2B 4% Service | 4% Service 2 Service | | 15.47 | 15.47 |

We appreciate your prompt payment.

## Total

$443.22

| MEMO | Please pay promptly. A $35.00 fee will be charge for any outstanding balance monthly. Please read our Terms and Conditions at the back of the invoice. |
|------|------|